UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH SCHWAGERL,<br><br>                    Plaintiff,<br><br>     v.<br><br>WITHERSPOON, KELLEY,<br>DAVENPORT & TOOLE, P.S., and<br>DOES 1 - 5,<br><br>                    Defendants. | NO:  2:19-CV-0134-TOR<br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE |

        BEFORE THE COURT is the parties' Stipulation Motion for Dismissal with

Prejudice (ECF No. 8).  The motion was submitted for hearing without oral

argument.  The Court has reviewed the record and files herein, and is fully

informed.

        The stipulation is filed pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii) and provides that this case should be dismissed with prejudice and

without an award of costs or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own costs and fees.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 31, 2020.



THOMAS O. RICE
Chief United States District Judge