# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOSEPH SCHWAGERL, *Plaintiff* <br> v. <br> WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S., and DOES 1 - 5, *Defendant* | Civil Action No. 2:19-CV-0134-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice, each party shall bear its own costs and fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on the parties' Stipulated Motion to Dismiss (ECF No. 8).

Date: January 31, 2020

*CLERK OF COURT*

SEAN F. McAVOY

*s/ Bridgette Fortenberry*

*(By) Deputy Clerk*
Bridgette Fortenberry